■ NORMUS REALTY CORP., Appellant, v. MAURICE L. HEILBRUN et al., Respondents, et al., Defendants.— Judgment entered November 9, 1954, and order entered February 3, 1955, denying plaintiff's motion to reopen the trial herein, unanimously affirmed, with costs to the respondents. No opinion. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.

■ JOHN L. RIE, INC., et al., Appellants, v. SASKATCHEWAN GOVERNMENT INSURANCE, Respondent.— Determination unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Botein, Rabin and Frank, JJ. [See post, p. 709.]

■ In the Matter of MAX ZIMMERMAN et al., Petitioners, against STATE LIQUOR AUTHORITY, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent and the petition dismissed. No opinion. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.